FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 80 255 MISC

IN THE MATTER OF

Case No: C

ORDER TO SHOW CAUSE

Brian Leo Day - # 140451

_____/

It appearing that Brian Leo Day has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective August 24, 2009.

**IT IS SO ORDERED**

That respondent show cause in writing on or before October 22, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
Brian Leo Day
Day Law Group
695 Town Center Dr., Ste. 700
Costa Mesa, CA 92626