```
                                          FILED

                                        NOV 1 8 2009

                                       RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                         No CV 09 80255 MISC VRW

Brian Leo Day,                            ORDER

    State Bar No 140451

_____/

        On September 16, 2009, the court issued an order to show cause (OSC) why Brian Leo Day should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective August 24, 2009.

        The OSC was mailed to Mr Day's address of record with the State Bar on September 18, 2009. A written response was due on or before October 22, 2009. No response to the OSC has been filed as of this date.

        The court now orders Brian Leo Day removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                            VAUGHN R WALKER
                                            United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Brian Leo Day,

_____/

Case Number: CV-09-80255   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Leo Day
Day Law Group
695 Town Center Dr Ste 700
Costa Mesa, CA 92626

Dated: November 18, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*